FILED & JUDGMENT ENTERED

Christine F. Ramsey

May  20  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

-------------------------------------------------------- x
In re:                                               :
                                                     :     Chapter 13
TYLER JACOB PRESSDEE AND ALEXIS    :
MARIE PRESSDEE,                            :     Case No.: 26-30441
                                                     :
                        Debtor.               :
-------------------------------------------------------- x

## ORDER GRANTING MOTION
## FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of ACAR Leasing Ltd. dba GM Financial Leasing's Motion for Relief

from Automatic Stay (the "Motion") and any objection to the Motion; and after due deliberation

thereon; and good cause having been shown and found; it is, by the United States Bankruptcy

Court for the Western District of North Carolina, hereby:

ORDERED, that the Motion is GRANTED; and it is further

WBD (US) v-

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is hereby terminated to permit ACAR Leasing Ltd. dba GM Financial Leasing to exercise its rights and remedies under applicable non-bankruptcy law under the Closed End Motor Vehicle Lease executed by Debtor and Co-Debtor in favor of ACAR Leasing Ltd. dba GM Financial Leasing in the principal amount of $30,776.07 for the financed purchase of one (1) 2024 Chevrolet Silverado 1500, VIN No. 3GCUDFEL5RG156474 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that ACAR Leasing Ltd. dba GM Financial Leasing is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing ACAR Leasing Ltd. dba GM Financial Leasing, including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, ACAR Leasing Ltd. dba GM Financial Leasing must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that ACAR Leasing Ltd. dba GM Financial Leasing has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein; and it is further

WBD (US) v-WBD (US) v-WBD (US) v-WBD (US) v-

**ORDERED**, that the fourteen-day stay imposed by Rule 4001(a)(3) of the Federal Rules

of Bankruptcy Procedure is hereby waived.

**This Order has been signed electronically.  The**
**judge's signature and court's seal appear at the**
**top of the Order.**

**United States Bankruptcy Court**

END OF DOCUMENT

WBD (US) v-WBD (US) v-WBD (US) v-WBD (US) v-