FILED & JUDGMENT ENTERED

Christine F. Ramsey

May  21  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **TYLER JACOB PRESSDEE** | ) | **CASE NO. 26-30441** |
| **ALEXIS MARIE PRESSDEE,** | ) | |
| | ) | |
| **DEBTORS.** | ) | |

## CONSENT ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming on before the Court upon the joint request of the Debtors and Carvana, LLC ("Carvana"), by and through their respective counsel, and without objection by the Trustee, for entry of this Consent Order granting Carvana relief from the automatic stay to sell the Debtors' 2019 Ford Mustang, VIN 1FA6P8CF4K5129164 (the "Vehicle"). After having considered the record in this case, and with the consent of the parties subscribed hereto, the Court makes the following:

FINDINGS OF FACT

1.	On or about August 1, 2024, the Debtors purchased and financed the Vehicle from Carvana pursuant to the terms of an installment sales contract of even date (the "Contract").

2.	Under the terms of the Contract, Carvana has a senior security interest and first lien on the Vehicle that it duly perfected.

3.	The Debtors commenced this case by the filing of a Chapter 13 petition on April 3, 2026.

4.	Prior to the petition date, the Debtors defaulted in making the payments due under the Contract, causing Carvana to repossess the Vehicle pursuant to the terms of the Contract and applicable law.

5.	Carvana remains in possession of the Vehicle at this time.

-1-

6.     As of the petition date, the net payoff amount due under the Contract was $41,155.02. At the same time, the average J.D. Power trade-in (liquidation) value of the Vehicle is only $23,357.25.

Based upon the above stipulated facts, this Court finds that there is good cause under 11 U.S.C. § 362(d)(1) to grant Carvana relief from the automatic stay to allow Carvana to sell the Vehicle without need of further notice, hearing, or order.  Accordingly, with the consent of the parties subscribed hereto,

IT IS THEREFORE HEREBY ORDERED as follows:

1.     The automatic stay of 11 U.S.C. §362 is lifted and modified to permit Carvana to dispose of the Vehicle pursuant to applicable law.

2.     The 14-day stay provided for in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and the lifting of the automatic stay pursuant to the terms of this Consent Order shall be effective immediately.

3.     Carvana is hereby permitted 120 days from entry of this Consent Order to file a general unsecured (deficiency claim) for any amounts remaining due under the Contract after sale of the Vehicle.

4.     Time is of the essence as to each and all of the provisions of this Consent Order.

5.     This Court retains jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

**CONSENTED TO AND ACCEPTED:**

| KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A. | THE CROW LAW FIRM |
|---|---|
| By:/s/___*Pamela P. Keenan*_____ <br> Pamela P. Keenan, N.C. State Bar No. 20328 <br> Attorneys for Carvana, LLC <br> PO Box 19766 <br> Raleigh, NC 27619 <br> Telephone: 919-848-0420; Fax: 919-848-8755 <br> Email:  pkeenan@kirschlaw.com | By:/s/_____*Marcus D. Crow*_____ <br> Marcus D. Crow; N.C. State Bar No. 27774 <br> Attorneys for Debtor <br> 315-B North Main Street <br> Monroe, NC 28112 <br> Telephone: 704-283-1175; Fax: 704-226-0488 <br> Email: marcuscrow@crowlawfirm.com |
| "NO OBJECTION" <br> By:/s/_____*Jenny P. Holman*_____ <br> Jenny P. Holman, Chapter 13 Trustee <br> 3800 Arco Corporate Drive, Suite 510 <br> Charlotte, NC  28273 | |

This Order has been signed electronically.
The Judge's signature and Court's seal appear
at the top of the Order.

United States Bankruptcy Court